### THE ALEXANDER McDOUGALL.

### THE W. LE BARON JENNEY.

(Circuit Court of Appeals, Second Circuit. January 26, 1922.)

#### No. 159.

Appeal from the District Court of the United States for the Western District of New York.

Libel in admiralty by the Hanna Transit Company against the steamer Alexander McDougall and the barge W. Le Baron Jenney; the Pittsburgh Steamship Company, claimant. Decree for respondent (279 Fed. 895), and libelant appeals. Affirmed.

Goulder, White & Garry, of Cleveland, Ohio (Harvey D. Goulder, of Cleveland, Ohio, of counsel), for appellant.

Kelley & Cottrell, of Cleveland, Ohio, for respondents.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. The facts have been fully and ably considered in the opinion of Hazel, District Judge, 279 Fed. 895. On consideration of the record we believe that that opinion sufficiently shows that libelant has not shown by a fair preponderance of evidence that the grounding of its steamer was caused by any negligence on the part of the vessels proceeded against, or either of them.

Decree affirmed, with costs